EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0282
    Facsimile: (213) 894-0141
    Email:    nathaniel.walker@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KENNETH WAYNE FROUDE,<br><br>A Fugitive From the Government of Canada. | CV No.<br><br>NOTICE TO CONSOLIDATE<br><br>[18 U.S.C. § 3184] |

    Complainant, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Nathaniel B. Walker, hereby gives notice that the civil filing in this case, filed on today's date, should be consolidated with the criminal filings previously made in the matter entitled "IN THE MATTER OF THE EXTRADITION OF KENNETH WAYNE FROUDE, A Fugitive From the Government of Canada," CR Misc. No. 15-1770M.

    The full diplomatic note, a copy of the applicable treaty and protocol, and formal extradition papers were previously filed in support of the complaint and arrest warrant under the above-referenced criminal case number. Now that the United States Marshal

has taken the fugitive into custody, and pursuant to the procedures of this Court and the October 30, 2015, order of Magistrate Judge Michael R. Wilner, this extradition matter should be assigned, under a new civil docketing number, to a United States District Judge and United States Magistrate Judge for further extradition proceedings.

Dated: November 4, 2015  Respectfully submitted,

          EILEEN M. DECKER
          United States Attorney

          LAWRENCE S. MIDDELTON
          Assistant United States Attorney
          Chief, Criminal Division


          ___/s/_____
          NATHANIEL B. WALKER
          Assistant United States Attorney
          General Crimes Section

          Attorneys for Complainant
          United States of America

# CERTIFICATE OF SERVICE

I, **T. Montes**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**NOTICE TO CONSOLIDATE**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
Marisol Orihuela
   Federal Public Defenders Office
   321 East 2nd Street
   Los Angeles, CA 90012-4202

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By messenger, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **November 4, 2015**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

T. Montes
legal Assistant