1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   NATHANIEL B. WALKER (Cal. Bar No. 224473)
4  Assistant United States Attorney
        1100 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0282
        Facsimile:  (213) 894-0141
7       Email:      nathaniel.walker@usdoj.gov

8  Attorneys for Complainant
   UNITED STATES OF AMERICA
9

10                UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE              CV No.
    EXTRADITION OF
13                                    GOVERNMENT'S FILING OF
    KENNETH WAYNE FROUDE,             (1)  REQUEST FOR EXTRADITION, AND
14                                    (2)  REDACTED COPY OF FORMAL
    A Fugitive From the               EXTRADITION PAPERS
15  Government of Canada.
                                      [18 U.S.C. § 3184]
16

17        The fugitive, KENNETH WAYNE FROUDE ("FROUDE"), having been

18  arrested pursuant to an arrest warrant issued on September 23, 2015,

19  by United States Magistrate Judge Jacqueline Chooljian, and having

20  come before this Court on October 1, 2015, for an initial appearance

21  before United States Magistrate Judge Michael R. Wilner, complainant

22  United States of America hereby requests the extradition of the

23  fugitive to the Government of Canada.  In support of its request,

24  the United States refiles the diplomatic note with the accompanying

25  copy of the Treaty and Protocol (attached hereto as Exhibit A), and

26  redacted copies of the original formal extradition papers (attached

27

28

1  hereto as Exhibit B), previously filed in criminal case number 15-

2  1770M on September 23, 2015.[1]

3      Under the procedures of this Court and pursuant to the October

4  30, 2015, Order of Magistrate Judge Michael R. Wilner, this

5  extradition matter should be assigned, under a new civil docketing

6  number, to a United States District Judge and United States

7  Magistrate Judge for further extradition proceedings.

8  Dated: November 4, 2015            Respectfully submitted,

9
                                     EILEEN M. DECKER
10                                    United States Attorney

11                                    LAWRENCE S. MIDDELTON
                                     Assistant United States Attorney
12                                    Chief, Criminal Division

13

14         ___/s/_____
                                     NATHANIEL B. WALKER
15                                    Assistant United States Attorney
                                     General Crimes Section
16
                                     Attorneys for Complainant
17                                    United States of America

18

19

20  _____

21  [1] When requesting the arrest and detention of a fugitive on
    behalf of a foreign sovereign, the United States often seeks a
    provisional arrest warrant based on a complaint supported by
22  preliminary paperwork sufficient to establish that probable cause
    exists for the requested arrest and detention.  This is because the
23  foreign sovereign and the United States Department of State often
    require some time to compile the affidavits and exhibits supporting
24  the formal extradition request, and the fugitive may flee or present
    a danger to the community in the meantime.  That complaint is filed
25  on the minimal documents then available, and when the formal
    extradition documents arrive they are filed on the civil docket.  In
26  this case, however, all the paperwork necessary to support the
    formal extradition request was prepared before the fugitive was
27  arrested.  Accordingly, the United States filed all the formal
    extradition paperwork on September 23, 2015, along with the
28  complaint and arrest warrant.

1

## CERTIFICATE OF SERVICE

2        I, **T. Montes**, declare:

3

4        That I am a citizen of the United States and a resident of or

5  employed in Los Angeles County, California; that my business address

6  is the Office of United States Attorney, 312 North Spring Street,

7  Los Angeles, California 90012; that I am over the age of 18; and

8  that I am not a party to the above-titled action;

9        That I am employed by the United States Attorney for the

10 Central District of California, who is a member of the Bar of the

11

12 United States District Court for the Central District of California,

13 at whose direction I served a copy of:

14 GOVERNMENT'S FILING OF (1) REQUEST FOR EXTRADITION, AND (2) REDACTED COPY OF

15 FORMAL EXTRADITION PAPERS

16   ☐ Placed in a closed envelope            ☒ Placed in a sealed envelope
        for collection and inter-                 for collection and mailing via
17      office delivery, addressed as             United States mail, addressed
        follows:                                  as follows:
18                                             Marisol Orihuela
                                                  Federal Public Defenders
19                                                Office
                                                  321 East 2nd Street
20                                                Los Angeles, CA 90012-4202

21
     ☐ By hand delivery, addressed as   ☐ By facsimile, as follows:
22      follows:

23   ☐ By messenger, as follows:        ☐ By Federal Express, as
                                            follows:
24
         This Certificate is executed on **November 4, 2015**, at Los
25
   Angeles, California.  I certify under penalty of perjury that the
26
   foregoing is true and correct.
27
                                        _____
28                                      T. Montes
                                        legal Assistant