# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>KENNETH WAYNE FROUDE<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:15–cv–08623–JLS–E<br><br><br><br>**NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (EXTRADITION CASE)** |

This case has been assigned to the calendar of the Honorable __Josephine L. Staton__, U. S. District Judge, and referred to __U.S. Magistrate Judge Charles F. Eick__ for decision pursuant to 18 U.S.C. Section 3184 and General Order 05-07 of the United States District Court for the Central District of California.

Pursuant to Local Rule 5-4.1, all subsequent documents in this case must be filed electronically, unless exempted by Local Rule 5-4.2. Documents exempt from electronic filing pursuant to Local Rule 5-4.2(b), or presented by filers exempt from electronic filing pursuant to Local Rule 5-4.2(a) -- including litigants not represented by an attorney -- must be filed with the Clerk in paper at the following location:

Western Division
312 N. Spring Street, G–8
Los Angeles, CA 90012


Clerk, U.S. District Court

 November 5, 2015 
Date

By __/s/ *Geneva Hunt*__
Deputy Clerk

CV–105 (07/15)   NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (EXTRADITION CASE)