UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV 15-8623-JLS(E)                Date: November 9, 2015

Title: UNITED STATES OF AMERICA -vs- KENNETH WAYNE FROUDE
==================================================================
DOCKET ENTRY:



==================================================================
PRESENT:
    HON. CHARLES F. EICK, MAGISTRATE JUDGE


        Stacey Pierson
        Deputy Clerk                              Court Reporter



ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:



PROCEEDINGS: (IN CHAMBERS)

        Please take notice that a status conference is
set for Wednesday, November 18, 2015 at 2:00 p.m. before
Magistrate Judge Charles F. Eick in Courtroom 20, 312
North Spring Street, 3rd Floor, Los Angeles, California.




                                        initials of Deputy Clerk sp