UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

**Case No.** CV 15-8623-JLS(E)             **Date:** November 18, 2015

**Title:** IN THE MATTER OF THE EXTRADITION OF KENNETH WAYNE FROUDE

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS:** (IN CHAMBERS)

       The Government shall file its opening brief on or before January 14, 2016. Mr. Froude shall file his opposition brief on or before January 21, 2016. The Government shall file its reply brief on or before January 28, 2016. Any declarations, documents or other evidence the parties wish the Court to consider shall be filed at the same time as the briefs are filed. The hearing will occur on February 11, 2016, at 9:30 a.m. in Courtroom 20, unless otherwise ordered.

       cc:    Judge Staton
                Mr. Froude
                All Counsel of Record

MINUTES FORM 11                                                            Initials of Deputy Clerk    SP
CIVIL-GEN