HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>KENNETH WAYNE FROUDE,<br><br>　　　　　Defendant. | NO. CV 15-8623-JLS-E<br><br>**STIPULATION TO CONTINUE HEARING AND MODIFICATION OF BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Nathaniel B. Walker, and defendant Kenneth Wayne Froude, by and through his attorney of record, Deputy Federal Public Defender Marisol Orihuela, that the Extradition hearing be continued from February 11, 2016, at 9:30 a.m., to April 11, 2016, at 9:30 a.m.

IT IS FURTHER STIPULATED that the briefing schedule be modified as follows:

| | |
|---|---|
| Government's Opening Brief be filed on or before: | March 14, 2016 |
| Defendant's Opposition Brief be filed on or before: | March 21, 2016 |
| Government's Reply Brief be filed on or before: | March 28, 2016 |

This stipulation is based on the files and records of this case and the following representations:

1. On November 18, 2015, this Court set a briefing schedule and hearing on this on this matter, ordering that the government file its opening brief on January 14, the defense file its opposition on January 21, and any reply be filed on January 28.

2. The defense has been attempting to obtain relevant documents to this matter, including records from Canada, but has not received all documents the defense believes are necessary in order to adequately prepare its brief on this case.

3. For this reason, the defense requests additional time to obtain records and prepare its brief on this case. The government does not oppose the defense's request.

4. For these reasons, the parties hereby seek a modification of the briefing schedule and a continuance of the hearing in this case until April 11, 2016, at 9:30 .m.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: January 11, 2016        By */s/ Marisol Orihuela*
                                MARISOL ORIHUELA
                                Deputy Federal Public Defender


                                EILEEN M. DECKER
                                United States Attorney


DATED: January 11, 2016        By */s/ per e-mail authorization*
                                NATHANIEL B. WALKER
                                Assistant United States Attorney