1  HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
MARISOL ORIHUELA (Bar No. 261375)
3  (E-Mail: Marisol_Orihuela@fd.org)
Deputy Federal Public Defender
4  321 East 2nd Street
Los Angeles, California 90012-4202
5  Telephone: (213) 894-2644
Facsimile: (213) 894-0081
6
Attorneys for Defendant
7  KENNETH WAYNE FROUDE

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **WESTERN DIVISION**

11  UNITED STATES OF AMERICA,          NO. CV 15-8623-JLS-E

12          Plaintiff,

13      v.                             **[PROPOSED] ORDER REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE**

14  KENNETH WAYNE FROUDE,

15          Defendant.

16

17      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

18  hearing is continued from February 11, 2016, at 9:30 a.m., to April 11, 2016, at 9:30

19  a.m.

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1          IT IS FURTHER ORDERED that the briefing schedule is modified as follows:

2   Government's Opening Brief be filed on or before:          March 14, 2016

3   Defendant's Opposition Brief be filed on or before:        March 21, 2016

4   Government's Reply Brief be filed on or before:          March 28, 2016

5

6

7   DATED: January    , 2016                                                  

8                                   HONORABLE CHARLES F. EICK
                                  United States District Judge

9

10

11   Presented by:

12   _/s/ Marisol Orihuela_
    MARISOL ORIHUELA

13   Deputy Federal Public Defender

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28