1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  (E-mail: Hilary_Potashner@fd.org)
   MARISOL ORIHUELA (Bar No. 261375)
3  (E-Mail: Marisol_Orihuela@fd.org)
   Deputy Federal Public Defender
4  321 East 2nd Street
   Los Angeles, California 90012-4202
5  Telephone: (213) 894-2644
   Facsimile: (213) 894-0081
6
7  Attorneys for Defendant
   KENNETH WAYNE FROUDE

FILED
CLERK, U.S. DISTRICT COURT
JAN 12 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CV 15-8623-JLS-E |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE |
| v. | |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing is continued from February 11, 2016, at 9:30 a.m., to April 11, 2016, at 9:30 a.m.

//
//
//
//
//
//
//
//
//

IT IS FURTHER ORDERED that the briefing schedule is modified as follows:

| | |
|---|---|
| Government's Opening Brief be filed on or before: | March 14, 2016 |
| Defendant's Opposition Brief be filed on or before: | March 21, 2016 |
| Government's Reply Brief be filed on or before: | March 28, 2016 |

DATED: January 12, 2016

HONORABLE CHARLES F. EICK
United States ~~District Judge~~ Magistrate Judge

Presented by:

/s/ Marisol Orihuela
MARISOL ORIHUELA
Deputy Federal Public Defender