EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0282
    Facsimile: (213) 894-0141
    E-mail:   nathaniel.walker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>KENNETH WAYNE FROUDE,<br><br>A Fugitive from the Government of Canada. | No. CV 15-08623-JLS-E<br><br>STIPULATION REGARDING ADDITIONAL TIME FOR FILING OF GOVERNMENT'S REPLY BRIEF; [PROPOSED] ORDER |

    On behalf of the government of Canada, complainant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Nathaniel B. Walker, and KENNETH WAYNE FROUDE ("FROUDE"), by and through his attorney, Deputy Federal Public Defender Marisol Orihuela, hereby submit the following stipulation:

    1.   On or about January 12, 2016, this Court ordered that the United States file its opening brief in the above-captioned matter by March 14, 2016; that FROUDE file his opposition brief by March 21, 2016; and that the United States file its reply brief by March 28, 2016. The Court also scheduled a hearing for April 11, 2016.

2. The United States did file its opening brief on or about March 14, 2016, and FROUDE filed his opposition brief on or about March 21, 2016.

3. Based on arguments the parties have raised, the United States has requested additional information from the Canadian government addressing whether a Long-Term Supervision Order is part of a criminal sentence under Canadian law. The United States represents that the Canadian government has agreed to provide the requested information, but will require additional time to obtain and prepare it.

4. Accordingly, the United States requests that it be permitted until Monday, April 4, 2016, to file its reply brief.

5. The parties do not request a continuance of the April 11, 2016, hearing date.

//

//

6. FROUDE does not object to the government's request for additional time to file its reply brief, so long as the scheduled hearing date remains on April 11, 2016.

Dated: March 28, 2016          Respectfully submitted,

                               EILEEN M. DECKER
                               United States Attorney

                               LAWRENCE S. MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division


                                  /s/
                               NATHANIEL B. WALKER
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

Dated: March 28, 2016          Respectfully submitted,

                               HILARY POTASHNER
                               Federal Public Defender


                                  /s/ (e-mail authorization 3/28/16)
                               MARISOL ORIHUELA
                               Deputy Federal Public Defender

                               Attorneys for KENNETH WAYNE FROUDE