EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
NATHANIEL B. WALKER (Cal. Bar No. 224473)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0282
    Facsimile: (213) 894-0141
    E-mail:   nathaniel.walker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>KENNETH WAYNE FROUDE,<br><br>A Fugitive from the Government of Canada. | No. CV 15-08623-JLS-E<br><br>[PROPOSED] ORDER |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's request for an extension of time to file its reply brief in the above-captioned matter is GRANTED. The government shall file its reply brief on or before Monday, April 4, 2016. The scheduled hearing in the above-captioned matter remains on April 11, 2016, at 9:30 a.m.

_____       _____
DATE      HONORABLE CHARLES F. EICK
     UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's request for an extension of time to file its reply brief in the above-captioned matter is DENIED. The government shall file its reply brief forthwith. The scheduled hearing in the above-captioned matter remains on April 11, 2016, at 9:30 a.m.

_____     _____
DATE                            HONORABLE CHARLES F. EICK
                                UNITED STATES MAGISTRATE JUDGE

Presented by:

 /s/
_____
NATHANIEL B. WALKER
Assistant United States Attorney