1  EILEEN M. DECKER
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   NATHANIEL B. WALKER (Cal. Bar No. 224473)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0282
7       Facsimile: (213) 894-0141
        E-mail:    nathaniel.walker@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE              No. CV 15-08623-JLS-E
    EXTRADITION OF
13                                    [~~PROPOSED~~] ORDER

    KENNETH WAYNE FROUDE,
14
    A Fugitive from the Government
15  of Canada.

16

17  For good cause shown, IT IS HEREBY ORDERED THAT:

18      The government's request for an extension of time to file its

19  reply brief in the above-captioned matter is GRANTED. The government

20  shall file its reply brief on or before Monday, April 4, 2016. The

21  scheduled hearing in the above-captioned matter remains on April 11,

22  2016, at 9:30 a.m.

23

24  _3/29/16_____        _____[signature]_____
25  DATE                             HONORABLE CHARLES F. EICK
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

**IN CASE OF DENIAL:**

The government's request for an extension of time to file its reply brief in the above-captioned matter is DENIED. The government shall file its reply brief forthwith. The scheduled hearing in the above-captioned matter remains on April 11, 2016, at 9:30 a.m.

_____                    HONORABLE CHARLES F. EICK
DATE                                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
_____
NATHANIEL B. WALKER
Assistant United States Attorney