# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No. <u>CV 15-8623-JLS(E)</u>                                   Date:  <u>April 11, 2016</u>

Title:  <u>IN THE MATTER OF THE EXTRADITION OF KENNETH WAYNE FROUDE</u>

**DOCKET ENTRY**

**PRESENT:**

### HON.  CHARLES F. EICK, JUDGE

<u>     STACEY PIERSON     </u>                    <u>                    N/A                    </u>
**DEPUTY CLERK**                              **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                              None

**PROCEEDINGS:    (IN CHAMBERS)**                         (Page 1 of 2)

Within twenty-one (21) days of the date of this Order, the Government may file further legal briefing and/or evidence in support of its request for extradition, including but not limited to briefing and/or evidence related to the following issues:

1.  Whether the dual criminality requirement is satisfied with respect to any of the charges related to the alleged violation of the Canadian long-term offender order under the provision of 18 U.S.C. section 751(a) concerning escape "from any institution or facility in which he is confined by direction of the Attorney General. . .";

2.  Whether the dual criminality requirement is satisfied with respect to any of the charges related to the alleged violation of the Canadian long-term offender order by analogy to 18 U.S.C. section 1073;

3.  The relationship of the Correctional Service of Canada to the Canadian government and, in particular, whether the Correctional Service of Canada is analogous to the United States Bureau of Prisons;

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

**Case No.** CV 15-8623-JLS(E)                                   **Date:**  April 11, 2016

**Title:**  IN THE MATTER OF THE EXTRADITION OF KENNETH WAYNE FROUDE

**DOCKET ENTRY**

**PRESENT:**

        **HON.   CHARLES F. EICK, JUDGE**

        STACEY PIERSON                                N/A
        **DEPUTY CLERK**                        **COURT REPORTER**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

        None                                        None

**PROCEEDINGS:    (IN CHAMBERS)**                        (Page 2 of 2)

        4.   With respect to the community correctional centre from which Mr. Froude allegedly absconded on or about May 18, 2013 in violation of the long-term supervision order: (a) the identity of the person(s) and/or entity(ies) which operated the centre and the relationship, if any, of such person or entity to the Correctional Service of Canada or any other agency of the Canadian government; and (b) the conditions of confinement at that centre at the time of Mr. Froude left the centre; and

        5.   The identification of the person(s) or entity(ies) which set the conditions of Mr. Froude's long-term supervision order and the relationship, if any, of such person or entity to the Canadian government and to the Correctional Service of Canada.

        Mr. Froude may file further legal briefing and/or evidence within twenty-one (21) days of the filing of the Government's supplemental submission.  Thereafter, the Court will take the matter under submission without further oral argument, unless the Court otherwise orders.

        cc:   Judge Staton
              Mr. Froude
              All Counsel of Record