```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                      CIVIL MINUTES - GENERAL

Case No. CV 15-8623-JLS(E)                  Date: April 11, 2016

Title: UNITED STATES OF AMERICA v.  KENNETH WAYNE FROUDE
==================================================================
DOCKET ENTRY



==================================================================
PRESENT:
        HON. CHARLES F. EICK, MAGISTRATE JUDGE


         Stacey Pierson                        Courtsmart
         Deputy Clerk                         Court Reporter


ATTORNEYS PRESENT FOR PLTFS:       ATTORNEYS PRESENT FOR DEFTS:

 Nathaniel Walker                    Marisol Orihuela



PROCEEDINGS: EXTRADITION HEARING

             Case called. Counsel make their appearances.  The
        Court hears argument.

             Matter is taken under submission.




                                      initials of Deputy Clerk sp
```