# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge  Charles F. Eick

From: Donnamarie Luengo, Deputy Clerk    Date Received: April 14, 2016

Case No.: CV15-8623-JLS (E)    Case Title: United States of America v. Kenneth Wayne Froude

Document Entitled: Letter

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 5-4.1       Documents must be filed electronically
☐ Local Rule 6-1         Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
☐ Local Rule 11-3.1      Document not legible
☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers, and e-mail address
☐ Local Rule 11-4.1      No copy provided for judge
☐ Local Rule 11-6        Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8        Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 15-1        Proposed amended pleading not under separate cover
☐ Local Rule 16-7        Pretrial conference order not signed by all counsel
☐ Local Rule 19-1        Complaint/Petition includes more than 10 Does or fictitiously named parties
☐ Local Rule 56-1        Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2        Statement of genuine disputes of material fact lacking
☒ Local Rule 83-2.5      No letters to the judge
☒ Fed. R. Civ. P. 5      No proof of service attached to document(s)
☒ Other: _Mr. Froude is represented by counsel_

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                         U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

4/14/16                     [signature]
Date                         U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)    NOTICE OF DOCUMENT DISCREPANCIES

April 11/16

Froude, Ken
#64587112
M.D.C.-L.A.
Box 1500
Los Angeles CA.
90053
CV 15-8623-JLS(E)

The Hon. CHARLES F. EICK

Sir as you know I appeared in your courtroom this morning for a 9:30 AM Extradition hearing with my counsel Marisol Orihuela.
    You asked if the conditions to my Long-term supervision order was imposed by the Correctional Services of Canada, no they are not. The conditions that are set out in the Long-term Supervision Certificate (Ex. D. Affidavit of Lisa Manson) on page 1(of 4) of this document under special conditions you will see that this form belongs to the Parole Board of Canada "I understand that the Long-term supervision certificate is the property of the Parole Board of Canada and must be delivered on demand of the Parole Board of Canada or of my parole supervisor" And these special conditions are imposed by the "Parole Board of Canada" as pointed out by Miss Shai's affidavit at paragraph 17 "the Parole Board of Canada will impose a variety of special conditions that will govern an offender's release" (para 17, pg 4)

1 of 2

Also there are standard conditions that apply, these standard conditions that are imposed by the Parole Board of Canada are on page 4 of the Long-term supervision certificate (Ex. D. Affidavit of Lisa Manson - page 4) "The conditions that the Parole Board of Canada is deemed to have imposed in respect of any offender released on long term supervision are that you:" The conditions are set out below on this certificate - (page 4)

As you can see, not only by this form but by Miss Shai's Affidavit at para 17, it is the Parole Board of Canada that imposes standard conditions as well as the "special conditions" on page 1 of the Long term supervision certificate which is issued by the Parole Board of Canada, therefor it is the Parole Board of Canada who sets the (special) conditions for a Long term supervision certificate (see Ex. D. to Affidavit of Lisa Manson, and Affidavit of Karen Shai at para 17).

I hope that this gets to you in time so that you can see that "dual criminality" has not been met as to "supervised release" here in the states. I really do not want to go through a appeal to raise this arguement when you can deal with it.

Thank you



Froude, Ken
#69587112
Metropolitan Detention Center - Los Angeles
Box 1500
Los Angeles, CA
90053

RECEIVED
CLERK U.S. DISTRICT COURT
APR 14 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LOS ANGELES CA 900
12 APR 2016 PM 12 L

Hon. Charles F. EICK, Magistrate Judge
312 North Spring Street, 3rd Fl.
Courtroom 20
Los Angeles, CA.
90012



The enclosed letter was processed through special mail procedures for forwarding to you. The letter has been opened and inspected. If the letter raises a question or problem over which this facility has jurisdiction, you may return the material for further information or clarification. If the matter involves correspondence for mail to another addressee, please return the enclosure for further action.

4/12/16   MAILROOM
DATE IN / DATE OUT

   COUNSELOR
DATE IN / DATE OUT

4/12/16   INMATE SIGNATURE
DATE RECEIVED