HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KENNETH WAYNE FROUDE,<br><br>          Defendant. | NO. CV 15-8623-JLS-E<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE** |

Defendant Kenneth Wayne Froude, by and through his attorney of record, Deputy Federal Public Defender Marisol Orihuela, that the briefing schedule be modified to permit defense counsel three additional days to file Defendant's Supplemental Brief. This application is based upon the accompanying declaration of counsel, all files and record in this case, and any other information that may be presented on this application.

                                        Respectfully submitted,

                                        HILARY POTASHNER
                                        Federal Public Defender

DATED: May 23, 2016       By */s/ Marisol Orihuela*
                                        MARISOL ORIHUELA
                                        Deputy Federal Public Defender

# DECLARATION OF MARISOL ORIHUELA

I, Marisol Orihuela, hereby declare that the following is true and correct to the best of my knowledge:

1. I am a Deputy Federal Public Defender appointed to represent Mr. Froude in the above-captioned matter.

2. On May 2, 2016, the government filed its supplemental brief in this case. That filing is over 100 pages long. Under the current briefing schedule, Mr. Froude's brief is due today, May 23, 2016.

3. The week of May 2, 2016, I was preparing for a trial set on May 10, 2016, in United States v. Patton, CR 16-128-DMG. The week of May 9, 2016, I was in trial for three court days.

4. At the same time, and the week of May 15, 2016, after I finished trial in *United States v. Patton*, I was preparing for three sentencings that were all set for this week.

5. On May 22, 2016, I asked government counsel if the government would be opposed to a small extension of my filing deadline. The government advised me that it was not opposed to an extension of my filing deadline.

6. For the reasons set forth above, the defense is requesting a modification of the briefing schedule that would permit me to file Mr. Froude's supplemental brief by no later than May 26, 2016.

DATED: May 23, 2016                          */s/ Marisol Orihuela*
                                              MARISOL ORIHUELA