HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2644
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 15-8623-JLS-E |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| KENNETH WAYNE FROUDE, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Defendant's Supplemental Brief be filed on or before May 26, 2016.

DATED: May    , 2016

_____
HONORABLE CHARLES F. EICK
United States District Judge

Presented by:

 _/s/ Marisol Orihuela_
MARISOL ORIHUELA
Deputy Federal Public Defender