1 HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
2 MARISOL ORIHUELA (Bar No. 261375)
(E-Mail: Marisol_Orihuela@fd.org)
3 Deputy Federal Public Defender
321 East 2nd Street
4 Los Angeles, California 90012-4202
Telephone: (213) 894-2644
5 Facsimile: (213) 894-0081

6 Attorneys for Defendant
KENNETH WAYNE FROUDE

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 WESTERN DIVISION

11 UNITED STATES OF AMERICA,    NO. CV 15-8623-JLS-E

12 　　　Plaintiff,              [~~PROPOSED~~] ORDER

13 　　　v.

14 KENNETH WAYNE FROUDE,

15 　　　Defendant.

16

17 　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

18 Defendant's Supplemental Brief be filed on or before May 26, 2016.

19

20 DATED: May 23, 2016          _____
                                HONORABLE CHARLES F. EICK
21                              United States ~~District Judge~~
                                Magistrate Judge
22

23

24 Presented by:

25
    /s/ Marisol Orihuela
26 MARISOL ORIHUELA
   Deputy Federal Public Defender
27

28