HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ASHFAQ G. CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH WAYNE FROUDE,<br><br>    Defendant. | Case No. CV 15-8623-JLS-E<br><br>**NOTICE OF REASSIGNMENT** |

Deputy Federal Public Defender, Ashfaq G. Chowdhury, hereby gives notice that he has been assigned to represent Defendant, Kenneth Wayne Froude, in place and stead of Deputy Federal Public Defender, Marisol Orihuela.

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that he receives all e-mails relating to filings in this case.

Respectfully submitted,

HILARY POTASHNER
Acting Federal Public Defender

DATED: June 22, 2016    By  */s/ Ashfaq G. Chowdhury*
                            ASHFAQ G. CHOWDHURY
                            Deputy Federal Public Defender