HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ASHFAQ CHOWDHURY (Bar No. 243763)
(E-Mail: Ron_Chowdhury@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1456
Facsimile: (213) 894-0081

Attorneys for Defendant
KENNETH WAYNE FROUDE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. KENNETH WAYNE FROUDE, Defendant. | NO. CV 15-8623-JLS-E<br><br>**KENNETH WAYNE FROUDE'S NOTICE OF INTENT TO PURSUE HABEAS/APPEAL WITH REGARD TO THE COURT'S JUNE 17, 2016 ORDER CERTIFYING EXTRADITABILITY** |

Kenneth Wayne Froude, by and through his attorney of record, Deputy Federal Public Defender Marisol Orihuela, hereby submits this notice of intent to pursue a habeas corpus proceeding/appeal with regard to the Court's June 17, 2016 order certifying extraditability (Docket No. 32).

Undersigned counsel has recently taken over this case from the previously assigned counsel. Undersigned counsel is working with Mr. Froude to prepare a habeas petition to appeal the Court's June 17, 2016 order to the district court. Undersigned counsel has discussed this with the assigned Assistant United States Attorney, Nathaniel Walker.

//
//
//
//

1     Undersigned counsel's understanding is that Mr. Froude will not be extradited at
2  this time, and that undersigned counsel will be able to pursue the habeas/appeal
3  proceeding to the district court, with Mr. Froude still present in the jurisdiction.
4  Undersigned counsel believes that a habeas/appeal brief can be filed by July 1, 2016.

                                           Respectfully submitted,

                                           HILARY POTASHNER
                                         Federal Public Defender

DATED: June 29, 2016          By */s/ Ashfaq Chowdhury*
                                         ASHFAQ CHOWDHURY
                                         Deputy Federal Public Defender