# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KENNETH WAYNE FROUDE,<br><br>PLAINTIFF(S)<br>v.<br>LOUIS MILUSNIC, Warden,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:15-cv-8623-JLS(E)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
|---|---|

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| July 11, 2016 | 35 | Petition for Writ of Habeas Corpus |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

    The document is stricken.

Clerk, U.S. District Court

Dated: July 12, 2016      By: Stacey Pierson
                                                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge