```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOHN J. LULEJIAN (Cal. Bar No. 186783)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-0721
         Facsimile: (213) 894-0141
 7       E-mail:    John.Lulejian@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>KENNETH WAYNE FROUDE<br><br>A Fugitive from the Government of the CANADA. | No. CV 15-08623 JLS (E)<br><br>NOTICE OF APPEARANCE OF COUNSEL |
|---|---|

Plaintiff, United States of America, hereby advises the Court that the following Assistant United States Attorney has been assigned as co-counsel to the above-captioned case:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **Newly Assigned AUSA** | John J. Lulejian | John.Lulejian@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

\\

\\

\\

\\

assigned AUSA is associated with this case and receive all e-mails relating to filings in this case.

.

Dated: July 19, 2017　　　　　　　Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA